KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD  KD KD KD KD KD KD KD   KD KD KD KD KD KD KD   KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD  KD KD KD KD KD KD KD  KD KD KD     KD  KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD     KD KD KD KD      KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD  KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD     KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD    KD KD KD KD KD     KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD  KD KD KD KD KD KD KD KD KD KD KD    KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD  KD KD KD KD KD KD KD KD KD KD KD KD    KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD KD   KD KD KD KD KD          KD